UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POTTS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELO,<br><br>　　　　　Respondent. | Case No. 1:20-cv-01236-NONE-HBK<br><br>ORDER STRIKING PETITIONER'S LETTER<br><br>(Doc. No. 13) |

　　　　Petitioner has pending before the Court a *pro se* Petition for Writ of Habeas Corpus seeking relief pursuant to 28 U.S.C. § 2254. (Doc. No. 1). On December 4, 2020, petitioner addressed a letter to the assigned Magistrate Judge. (Doc. No. 13). Under the Federal Rules of Civil Procedure and this Court's Local Rules, all requests for a court order must be made by motion and served on all parties to the action. *See* Federal Rules of Civil Procedure 5(a)(1)(D), 7(b)(1); Local Rule 135(d). Further, "[n]o petition or motion shall be addressed to an individual Judge or Magistrate Judge." Local Rule 190(c).

　　　　Accordingly, the **Clerk of Court** shall **STRIKE** from the docket and return the improperly filed letter (Doc. No. 13) to Petitioner.

1

IT IS SO ORDERED.

Dated:   December 11, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE