UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POTTS,<br><br>           Petitioner,<br><br>    v.<br><br>J. GASTELO,<br><br>           Respondent. | Case No.   1:20-cv-01236-NONE-HBK<br><br>ORDER DENYING PETITIONER'S MOTION FOR AN EVIDENTIARY HEARING<br><br>(Doc. No. 10) |

Petitioner Kevin Potts, a state prisoner proceeding *pro se*, initiated this action on September 2, 2020 by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254.  (Doc. No. 1).  On September 6, 2020, Petitioner filed the instant motion, which the Court construes as requesting an evidentiary hearing.[1]  (Doc. No. 10).  The Court has not yet directed respondent to respond to the petition.

---

[1] Petitioner captioned a previous pleading as a "Request for Evidentiary Hearing." (*See* Doc. No. 2).  Because Petitioner requested only appointment of counsel in the body of that pleading, the Court construed that pleading as a motion for appointment of counsel.  (*See* Doc. No. 14). Petitioner similarly captions this motion as a "Request for Evidentiary Hearing" and "Notice of Motion and Motion to Lodge Additional Information in Support of Habeas Petition; Supporting Points and Authorities."  (Doc. No. 10 at 1).  Having reviewed the body of the motion, the Court does not construe the instant motion as including a request to amend the petition.  The Court notes that Petitioner did separately file a Motion to Amend on December 4, 2020.  (Doc. No. 12). The Court will address petitioner's request to amend his petition in a separate order.  Petitioner is cautioned for future motions to only title his motion for the type of relief he requests in the body of the motion.

1

An evidentiary hearing in a habeas proceeding is granted only under limited circumstances. *See* 28 U.S.C. § 2254(e)(2)(A)(ii).  Because no response to the petition has yet been filed, it is premature to hold an evidentiary hearing.  *See* Rules Governing Section 2254 Cases, R. 8(a).

Accordingly, petitioner's motion for an evidentiary hearing (Doc. No. 10) is **DENIED without prejudice as premature.**

IT IS SO ORDERED.

Dated:     December 11, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE