UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POTTS,<br><br>   Petitioner,<br><br>  v.<br><br>DANNY SAMUEL,<br><br>   Respondent. | Case No.: 1: 20-cv-01236 JLT HBK (HC)<br><br>ORDER DISMISSING THE PETITION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 86, 88) |

  Kevin Potts filed a motion to withdraw his petition without prejudice. (Doc. 86.) Respondent indicates that he "joins the pleading and stipulates to dismissal, with intent to effect self-executing dismissal of this case" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 88 at 1-2.) Based upon Petitioner's request and Respondent's joinder, the Court construes the pleadings together to be a stipulation under Rule 41(a)(1), and finds dismissal is appropriate. Accordingly, the Court **ORDERS**:

  1. This action is **DISMISSED** without prejudice.

  2. The Clerk of Court is directed to terminate all pending matters and close this case.

IT IS SO ORDERED.

Dated:  **July 1, 2024**

                     UNITED STATES DISTRICT JUDGE